UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TORREY ROGERS,

    Plaintiff,                            Case No: 8:24-cv-01212-JSM-CPT

v.

JOE'S NEW YORK DINER, LLC
MD MONZURUL HASSAN
GEETHAMAHESH ENTERPRISES LLC.

    Defendant.
_____/

## PLAINTIFF'S MOTION REQUESTING A CASE MANAGEMENT CONFERENCE

    Plaintiff, TORREY ROGERS, by and through his undersigned counsel, hereby requests that this Honorable Court schedule a Case Management Conference in the above-captioned matter, and as grounds therefore state:

### Background

This action involves claims brought by Plaintiff against Defendant for unpaid wages under the Fair Labor Standards Act (FLSA), among other allegations.

### Purpose of Conference

A Case Management Conference is necessary to facilitate the fair and efficient administration of this case. The parties need to address:

- The scheduling of discovery deadlines and motions.

- Potential resolution of procedural issues.
- Discussion of any potential settlement.
- Any other matters that may aid in the resolution of this case.

### Legal Argument

Pursuant to Federal Rule 78 this Court has the authority to grant this motion and schedule a case management conference in this matter for purposes of promoting legal efficiency and avoiding delay.

### Compliance with Local Rule 3.05(g)

In accordance with Local Rule 3.05(g), the undersigned counsel for the Plaintiff certifies that he has conferred with opposing counsel regarding the filing of this motion. Opposing counsel indicated that they do not oppose this motion.

WHEREFORE, Plaintiff respectfully requests that this Court schedule a Case Management Conference at the Court's earliest convenience.

RESPECTFULLY submitted this 19 day of June, 2024.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon Defense counsel via the e Filing Portal on June 19, 2024.

**/S/ Kyle J. Lee**
Kyle J. Lee, Esq.
FLBN: 105321
LEE LAW, PLLC
1971 West Lumsden Rd. Ste. 303
Brandon, FL 33511
Kyle@KyleLeeLaw.com
*Attorney for Plaintiff*
