**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TORREY ROGERS

-vs-                                                                  Case No. 8:24-cv-1212-JSM-CPT

JOE'S NEW YORK DINER, LLC

**CLERK'S MINUTES**
Proceeding: Case Management Conference
*Zoom videoconference*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: July 11, 2024 |
| Deputy Clerk: Ashley Sanders | Time: 9:05 a.m. |
| Law Clerk: none | Recess: 9:27 a.m. |
| Court Reporter: Digital | Total Time: 22 min |

Counsel for Plaintiff:  Kyle Lee
Counsel for Defendant: Edmund Gegan

Court calls case and counsel enters appearances.

Court discusses IDEAL Program.

Recess.