UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TORREY ROGERS,

    Plaintiff,

v.

JOE'S NEW YORK DINER, LLC

MD MONZURUL HASSAN

GEETHAMAHESH ENTERPRISES LLC,

    Defendant.
_____/

Case No. 8:24-cv-01212-JSM-CPT

STIPULATED CONSENT TO IDEAL PROGRAM AND TO
MAGISTRATE JUDGE AUTHORITY

You may consent to participate in the Inexpensive Determination, Efficient, and Abbreviated Litigation (IDEAL) Program including referral of your case to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to IDEAL and Magistrate Judge's Authority.* The following parties stipulate, and consent to submission of this case to the IDEAL Program, to be bound by the Policies of the program, and have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| Printed names of parties and attorneys | Signatures of parties or attorney | Dates |
|---|---|---|
| Kyle J. Lee | /S/ Kyle J. Lee | 07/18/2024 |
| Edmund J. Gegan | /s/Edmund J. Gegan | 07/26/2024 |

Reference Order

IT IS ORDERED: This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: July 29, 2024

*District Judge's signature*

James S. Moody, Jr., United States District Judge
*Printed name and title*

Note: Return this form to the Clerk of Court only if you are consenting to the exercise of jurisdiction by a United States Magistrate Judge. Do not return this form to a judge.