UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TORREY ROGERS,

                                                     Case Number: 8:24-cv-01212-JSM-CPT

    Plaintiff,

v.

JOE'S NEW YORK DINER, LLC

MD MONZURUL HASSAN

GEETHAMAHESH ENTERPRISES LLC.

    Defendant.

_____/

## NOTICE OF SETTLEMENT

        Plaintiff, by and through the undersigned counsel, hereby notifies the Court that the parties have settled all claims relating to this matter. The parties respectfully request that the Court stay all remaining deadlines.

## CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that a true and correct copy of the foregoing was provided served on Defendant via electronic filing on April 19th, 2024, in accordance with the Federal Rules of Civil Procedure.

**/S/ Kyle J. Lee**
Kyle J. Lee, Esq.
FLBN: 105321
LEE LAW, PLLC
1971 West Lumsden Road
Suite 303
Brandon, Florida 33511
Telephone: (813) 343-2813
Kyle@KyleLeeLaw.com
