UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| TORREY ROGERS,<br><br>    Plaintiff,<br><br>v.<br><br>JOE'S NEW YORK DINER LLC,<br>MD MONZURUL HASSAN,<br>GEETHAMAHESH ENTERPRISES<br>LLC,<br><br>    Defendants. | Case No.: 6:24-cv-01212-JSM-CPT |

## DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE

Defendants, JOE'S NEW YORK DINER LLC, MD MONZURUL HASSAN, and GEETHAMAHESH ENTERPRISES LLC, pursuant to this Court's Order to Show Cause dated September 23, 2024, requiring the Parties to Show Cause and file a response within fourteen (14) days from the date of the Order, files this response and state:

1. On September 23, 2024, this Court entered an Order directing the Parties to file a motion explaining the reason for the delay in filing the motion to seek this Court's approval of a disposition of this case.

1

2. Following that date, a conflict of interest arose in this Firm's representation of all Defendants, which prevents the undersigned counsel from proceeding further.

3. Plaintiff simultaneously sought relief for alleged overtime claims through the U.S. Department of Labor and through this Court.

4. The U.S. Department of Labor investigated the claim with respect to Defendant GEETHAMAHESH ENTERPRISES LLC only and issued a demand for payment to that Defendant.

5. That Defendant now wants to settle only through the U.S. Department of Labor, not through a settlement of claims brought in this litigation and has directed undersigned counsel not to proceed with settlement.

6. Undersigned counsel is now receiving contrary directions from Defendants. This office has made best efforts to seek a revision of the settlement arrangement discussed with Plaintiff, but has been unsuccessful. At this point, following the instructions of one Defendant will require hurting the interests of other Defendants.

7. Therefore, this office must withdraw from representation of all Defendants and pursuant to Local Rul 2.02(c)(1) has provided fourteen days' notice of intent to withdraw to each of the Defendants on September 30, 2024, and

barring a new development which allows this law firm to move this matter forward toward finalizing settlement, the motion to withdraw will be filed.

This is the undersigned's best explanation for the delay in proceeding with a disposition of this case, in compliance with this Court's September 23, 2024 Order.

Dated: October 7, 2024.

*/s/ Edmund J. Gegan*
EDMUND J. GEGAN, ESQ.
Florida Bar No.: 068822
GEGAN LAW OFFICE
1005 N. Marion Street
Floridan Legal Service Bldg.
Tampa, FL 33602
Telephone: (813) 248-8900
Facsimile: (727) 471-0616
Email: edmund.gegan@geganoffice.com
Secondary: paralegal@geganoffice.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 7, 2024, I filed the foregoing with the Clerk of Court by utilizing the Court's CM/ECF system, which will send a Notice of Electronic Filing to all parties.

*/s/ Edmund J. Gegan*
EDMUND J. GEGAN, ESQ.
Florida Bar No.: 068822