UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TORREY ROGERS,

    Plaintiff,

v.

JOE'S NEW YORK DINER LLC,
MD MONZURUL HASSAN,
GEETHAMAHESH ENTERPRISES
LLC,

    Defendants.

Case No.: 6:24-cv-01212-JSM-CPT

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS**

COMES NOW, Edmund J. Gegan, Esq. and the law firm of Gegan Law Office, hereby moves this Court for an Order allowing the firm and all attorneys associated with the firm, to withdraw as counsel on behalf of JOE'S NEW YORK DINER LLC, MD MONZURUL HASSAN, and GEETHAMAHESH ENTERPRISES LLC (hereinafter "Defendants"), and state as follows:

1.    Irreconcilable differences have arisen between the Defendants and the undersigned counsel.

2.    Plaintiff worked for Defendant JOE'S NY DINER, LLC, owned by MD MONZURUL HASSAN up until approximately August 2023. After the business

1

was sold or transferred to Defendant GEETHAMAHESH ENTERPRISES LLC, Plaintiff continued to work for that Defendant until December 2023.

3. A conflict of interest has occurred in this firm representing all Defendants.

4. Plaintiff simultaneously sought relief against Defendant GEETHAMAHESH ENTERPRISES LLC for overtime claims through the U.S. Department of Labor, and in this lawsuit before this Court.

5. GEETHAMAHESH ENTERPRISES LLC now desires to settle through the U.S. Department of Labor instead of through a signed settlement agreement in this case. This office has been instructed by GEETHAMAHESH ENTERPRISES LLC not to agree to a joint motion for court approval of the settlement agreement.

6. This office has made its best efforts to seek a revision of the settlement agreement to allow GEETHAMAHESH ENTERPRISES LLC to settle with Plaintiff through her claim made through the U.S. Department of Labor, and the remaining Defendants in the above captioned case, although unsuccessfully. Following the instructions of one of the Defendants will require hurting the interests and not following the instructions of the other two Defendants. Therefore, this office must withdraw from representing all clients.

7. In addition, irreconcilable differences have arisen with all Defendants in regard to payment for this law firm's services, placing an unreasonable burden on the law firm to continue representation under these conditions.

8. The undersigned counsel submits that, under Florida Rule of Professional Conduct 4-1.16(b), withdrawal can be accomplished without material adverse effect on the interests of the clients. GEETHAMAHESH ENTERPRISES LLC may proceed with a settlement through the U.S. Department of Labor, if that is its wish, which presumably gives it a complete defense in this case. The remaining Defendants should not be obligated to pay any portion of Plaintiff's claim against GEETHAMAHESH ENTERPRISES LLC. The remaining Defendants further have different defenses, as they have a complete record of hours worked and payment made to Plaintiff, including overtime payments.

9. Counsel for Plaintiff has been notified of the Firm's intent to withdraw as counsel for Defendants and has objected to the relief being sought herein.

10. The last known address for each of the Defendants is:

MD Monzurul Hassan, individually and for JOE'S NY DINER, LLC
2812 Bent Leaf Drive
Valrico, FL 33594
Email: munzurul12345@aol.com

GEETHAMAHESH ENTERPRISES LLC
c/o Mahesh Yenugonda, Manager
11701 N. Florida Avenue
Tampa, FL 33612
Email: maheshky2015@yahoo.com

WHEREFORE by reason of the above and foregoing, Edmund J. Gegan, Esq. and the law firm of Gegan Law Office, hereby request that this Honorable Court enter an Order allowing them to withdraw as attorneys for Defendants in the above styled matter.

Date: October 14, 2024

                                              ***/s/ Edmund J. Gegan***
                                              EDMUND J. GEGAN, ESQ.
                                              Florida Bar No.:  068822
                                              GEGAN LAW OFFICE
                                              1005 N. Marion Street
                                              Floridan Legal Service Bldg.
                                              Tampa, FL 33602
                                              Telephone: (813) 248-8900
                                              Facsimile: (727) 471-0616
                                              Email: edmund.gegan@geganoffice.com
                                              Secondary: paralegal@geganoffice.com

## **LOCAL RULE 3.01(g) CERTIFICATION**

I HEREBY CERTIFY that Edmund J. Gegan, Esq. has conferred with opposing counsel, Kyle Lee, Esq., via email and opposing counsel objects to the relief sought herein.

## **LOCAL RULE 2.02(c)(1) CERTIFICATION**

I HEREBY CERTIFY that Edmund J. Gegan, Esq. has provided fourteen days' notice to each of the Defendants on September 30, 2024.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 14, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to counsel of record and copy to the Defendants by first class mail and email to:

>MD Monzurul Hassan
>2812 Bent Leaf Drive
>Valrico, FL 33594
>Email: munzurul12345@aol.com

>and

>GEETHAMAHESH ENTERPRISES LLC
>c/o Mahesh Yenugonda, Manager
>11701 N. Florida Avenue
>Tampa, FL 33612
>Email: maheshky2015@yahoo.com

>>*/s/ Edmund J. Gegan*
>>EDMUND J. GEGAN, ESQ.
>>Florida Bar No.:  068822