UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TORREY ROGERS,

    **Plaintiff,**

Case Number: 8:24-cv-01212-JSM-CPT

v.

JOE'S NEW YORK DINER, LLC
MD MONZURUL HASSAN
GEETHAMAHESH ENTERPRISES LLC

    **Defendant.**
_____/

### NOTICE OF NON-OBJECTION

Plaintiff, by and through his undersigned counsel, hereby notifies the Court that he does not object to the relief sought in Defendant's motion to withdraw. However, Plaintiff requests that the corporate Defendant Joe's New York Diner, LLC be given 30 days to obtain counsel.

Respectfully submitted this 12th day of November 2024.

/s/ Kyle J. Lee
Kyle J. Lee, Esq. Lee Law PLLC
Florida Bar No. 105321
kyle@kyleleelaw.com
LEE LAW, PLLC
1971 West Lumsden Road, Suite 303
Brandon, Florida 33511
Tel: (813) 343-2813
*Counsel for Plaintiff*

Plaintiff and Geethamahesh Enterprises, LLC have reached a settlement agreement and are awaiting approval of the same.